IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ANDERSON; LOUIS RICHARD ROWLAND; and MICHAEL DOBSON, | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * * | No. 4:98cv0070 SWW |
| THE BOARD OF EDUCATION OF PULASKI COUNTY SCHOOL DISTRICT, a Public Body Corporate, | * * * * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 2nd day of March, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE